UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                           :
GRACE MCCORMICK, *on behalf of herself and all*            :
*others similarly situated*,                               :
                                                           :
                                    Plaintiff,             :               25-CV-8531 (JMF)
                                                           :
             -v-                                           :               ORDER
                                                           :
KOHL'S CORPORATION,                                        :
                                                           :
                                    Defendant.             :
                                                           :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

 Plaintiff alleges that Defendant's website is not accessible to blind and visually impaired customers and, thus, violates Title III of the Americans with Disabilities Act ("ADA"), 42 U.S.C. § 12181 *et seq*.  In the Court's experience, cases involving such claims almost always settle, often even before the initial pretrial conference.  To that end, by separate Order to be entered today, **the Court is referring this case to the assigned Magistrate Judge for General Pretrial Purposes, including settlement.  To be clear, the referral does *not* encompass any dispositive motions, which will be handled by the undersigned in the normal course.**

 SO ORDERED.

Dated: October 17, 2025
  New York, New York
             JESSE M. FURMAN
             United States District Judge