UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GRACE MCCORMICK, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>-against-<br><br>KOHL'S CORPORATION,<br><br>    Defendant. | 25-CV-08531 (JMF) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

  IT IS HEREBY ORDERED that, **within 21 days** of service of the summons and complaint in this action, Plaintiff and Defendant must meet and confer for at least one hour in a good-faith attempt to settle this action. In their discussions, the parties should consider whether Plaintiff has satisfied the threshold requirement of standing. *See, e.g.*, *Calcano v. Swarovski N. Am. Ltd.*, 36 F.4th 68, 77-78 (2d Cir. 2022); *Harty v. W. Point Realty, Inc.*, 28 F.4th 435, 443-44 (2d Cir. 2022). To the extent the parties are unable to settle the case themselves, they must also discuss whether further settlement discussions through the District's Court-annexed mediation program or in a settlement conference before the undersigned would be productive at this time.

  IT IS FURTHER ORDERED that, **within 28 days** of service of the summons and complaint, the parties must submit a joint letter informing the Court whether the parties have settled. If the parties do not reach a settlement, the parties shall, in their joint letter, request that the Court either: (1) refer the case to mediation, (2) set a date for a settlement conference, or (3) proceed with an initial case management conference.

DATED: October 20, 2025
     New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge