UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GRACE MCCORMICK, on behalf of himself and all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　-against-<br><br>KOHL'S CORPORATION,<br><br>　　　　　　Defendant. | 25-CV-08531 (JMF) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On October 27, 2025, Plaintiff filed an amended complaint. (ECF 10.) Plaintiff is directed to serve Defendant with the Amended Complaint and a copy of this Order by **October 28, 2025**, and to file proof of such service on the docket on the same day.

Defendant's response to the Amended Complaint, is due **November 18, 2025**.

DATED:　October 27, 2025
　　　　　New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge